-PS/CD-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AL ZUBI GUNTHER, 075 797 344,
a/k/a ZOBI MONTHER,

            Petitioner,

    -v-

JANET NAPOLITANO, Secretary of DHS;
MICHAEL PHILLIPS, District Director;
TODD TRYON, Asst. Field Office Director
and IMMIGRATION AND CUSTOMS
ENFORCEMENT

            Respondents.
_____

12-CV-0875C
ORDER



FILED SEP 24 2012 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

    Petitioner, Al Zubi Gunther, who is presently incarcerated at the Buffalo Federal Detention Facility, has submitted to the Court a petition for a writ of habeas corpus but has failed to submit with the Court an application seeking permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) or the Court's filing fee.

    The filing fee for petitions for writs of habeas corpus is $5.00. Before this action can proceed, the Court must receive a completed and signed application to proceed *in forma pauperis* or the required filing fee. The Clerk of the Court is directed to send to plaintiff a new form application to proceed as a poor person.

    Accordingly, the plaintiff has until **October 29, 2012**, to either (a) furnish the Court with a signed and completed application to proceed *in forma pauperis or (b)* or

the full filing fee of $5.00. If the Court does not receive an application to proceed *in forma pauperis* or the full filing fee of $5.00 on or before such date, this action may be dismissed without prejudice.

SO ORDERED.

DATED:  9/21, 2012
Buffalo, New York

_____
JOHN T. CURTIN
United States District Judge

2