UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

AL ZUBI GUNTHER, 075 797 344,
a/k/a ZOBI MONTHER,

        Petitioner,

     -v-

JANET NAPOLITANO, Secretary of DHS;
MICHAEL PHILLIPS, District Director;
TODD TRYON, Asst. Field Office Director
and IMMIGRATION AND CUSTOMS
ENFORCEMENT

        Respondents.

_____

12-CV-0875C
ORDER



Petitioner, Al Zubi Gunther, who is presently incarcerated at the Buffalo Federal Detention Facility, has submitted to the Court a petition for a writ of habeas corpus but has failed to submit with the Court an application seeking permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) or the Court's fling fee.

The filing fee for petitions for writs of habeas corpus is $5.00. Before this action can proceed, the Court must receive a completed and signed application to proceed *in forma pauperis* or the required filing fee. The Clerk of the Court is directed to send to plaintiff a new form application to proceed as a poor person.

Accordingly, the plaintiff has until **October 29, 2012**, to either (a) furnish the Court with a signed and completed application to proceed *in forma pauperis or (b)* or

the full filing fee of $5.00. If the Court does not receive an application to proceed *in forma pauperis* or the full filing fee of $5.00 on or before such date, this action may be dismissed without prejudice.

    SO ORDERED.

_____
JOHN T. CURTIN
United States District Judge

DATED: 9/21, 2012
Buffalo, New York